CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

ATTORNEYS FOR DEFENDANTS
Johnny Chan, Individually and dba Pagoda Restaurant;
Huiyan Lin, Individually and dba Pagoda Restaurant;
Yupha Johnston, Individually and dba Hair Doctors;
Danny M.Y.Chow, Individually and as Trustee of the
Danny M.Y. & Annete Y.H Chow Family Trust;
Annette Chow, Individually and as Trustee of the
Danny M.Y. & Annete Y.H Chow Family Trust;

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>Johnny Chan, Individually and dba Pagoda Restaurant; Huiyan Lin, Individually and dba Pagoda Restaurant; Yupha Johnston, Individually and dba Hair Doctors; Danny M.Y.Chow, Individually and as Trustee of the Danny M.Y. & Annete Y.H Chow Family Trust; Annette Chow, Individually and as Trustee of the Danny M.Y. & Annete Y.H Chow Family Trust;<br><br>　　　　Defendants | Case No.: 2:11-cv-02328-JAM-CKD<br><br>**STIPULATED DISMISSAL PURSUANT TO FRCP 41(a)(1) AND ORDER** |

1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice in its entirety, pursuant to FRCP 41 (a)(1). The Parties shall bear their own costs and attorneys' fees in connection with the lawsuit and the negotiation and preparation of this Agreement.

Dated: March 7, 2012       CORFEE STONE & ASSOCIATES

                           By:   /s/ Catherine M. Corfee
                                 CATHERINE M. CORFEE
                                 Attorney for Defendants

Dated: April 11, 2012

                           By:   /s/_____
                                 SCOTT JOHNSON
                                 Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the complaint of Plaintiff in this matter is hereby dismissed with prejudice.

Dated: 4/12/2012

                                 /s/ John A. Mendez
                                 Judge of the United States District Court
                                 For the Eastern District of California

2

PDF created with pdfFactory trial version www.pdffactory.com