1  CATHERINE M. CORFEE SBN 155064
   CORFEE STONE & ASSOCIATES
2  P.O. Box 1098
   Carmichael, CA 95609
3  Telephone:  (916) 487-5441
   Facsimile:  (916) 487-5440
4

5  ATTORNEYS FOR DEFENDANTS
   Johnny Chan, Individually and dba Pagoda Restaurant;
6  Huiyan Lin, Individually and dba Pagoda Restaurant;
   Yupha Johnston, Individually and dba Hair Doctors;
7  Danny M.Y.Chow, Individually and as Trustee of the
   Danny M.Y. & Annete Y.H Chow Family Trust;
8  Annette Chow, Individually and as Trustee of the
   Danny M.Y. & Annete Y.H Chow Family Trust;
9

10                    UNITED STATED DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13 | Scott Johnson                                    )  Case No.: 2:11-cv-02328-JAM-CKD
                                                      )
14 |         Plaintiff                                )  **STIPULATED DISMISSAL PURSUANT**
   |    vs.                                           )  **TO FRCP 41(a)(1) AND ORDER**
15 |                                                  )
16 | Johnny Chan, Individually and dba Pagoda         )
   | Restaurant; Huiyan Lin, Individually and dba     )
17 | Pagoda Restaurant; Yupha Johnston,               )
   | Individually and dba Hair Doctors; Danny         )
18 | M.Y.Chow, Individually and as Trustee of the     )
   | Danny M.Y. & Annete Y.H Chow Family              )
19 | Trust; Annette Chow, Individually and as         )
   | Trustee of the Danny M.Y. & Annete Y.H           )
20 | Chow Family Trust;                               )
                                                      )
21                                                    )
            Defendants                                )
22                                                    )
                                                      )
23 |_____          )

24

25

1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice in its entirety, pursuant to FRCP 41 (a)(1). The Parties shall bear their own costs and attorneys' fees in connection with the lawsuit and the negotiation and preparation of this Agreement.

Dated: March 7, 2012                CORFEE STONE & ASSOCIATES

By:    /s/ Catherine M. Corfee
       CATHERINE M. CORFEE
       Attorney for Defendants

Dated: April 11, 2012

By:    /s/_____
       SCOTT JOHNSON
       Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the complaint of Plaintiff in this matter is hereby dismissed with prejudice.

Dated: 4/12/2012

/s/ John A. Mendez
Judge of the United States District Court
For the Eastern District of California

2

PDF created with pdfFactory trial version www.pdffactory.com